IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2011 MAY 16 PM 3: 47
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: PEMBERTON, GRACE E. | ) | CASE NO. 09-43666 |
| DEBTOR(S) | ) | HON. KAY WOODS |
| | ) | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 110 in the amount of $4.27.

The dividend relates to the following claimant:

<u>Claimant:</u>

Premium Asset Recovery Corpo.
P.O. Box 1810
Warren, MI 48090

<u>Amount:</u>

$4.27

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH 44406
330-702-0780
330-702-0788(facsimile)